Electronically FILED by Superior Court of California, County of Los Angeles on 05/24/2021 09:53 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk
Case 2:21-cv-07657-FLA-KS Document 1-1 Filed 09/24/21 Page 1 of 6 Page ID #:10
21STCV19466

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AIR CANADA, and DOES 1 to 25,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Mary Rajapakse

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
  There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
  Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of the County of Los Angeles, 111 North Hill Street, Los Angeles 90011

CASE NUMBER:
*(Número del Caso):* 21STCV19466

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ademola M. Okusanya, 9631 Business Center Drive, Suite G, Rancho Cucamonga, CA 91730, Phone # 909-581-1881

Sherri R. Carter Executive Officer / Clerk of Court

DATE: 05/24/2021                 Clerk, by _____R. Clifton_____, Deputy
*(Fecha)*                         *(Secretario)*                  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| ADEMOLA M. OKUSANYA, SBN 205548<br>LAW OFFICES OF ADEMOLA M. OKUSANYA<br>9631 BUSINESS CENTER DRIVE, SUITE G<br>RANCHO CUCAMONGA, CA 91730<br>TELEPHONE NO: (909)581-1881  FAX NO. *(Optional)*: (909)581-1887<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: MARY RAJAPAKSE | |
| NAME OF COURT: Superior Court of California, County of Los Angeles<br>STREET ADDRESS: 111 NORTH HILL STREET<br>MAILING ADDRESS: 111 NORTH HILL STREET<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: CENTRAL DISTRICT | |

PLAINTIFF: MARY RAJAPAKSE

DEFENDANT: AIR CANADA

[✓] DOES 1 TO  25

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number)*:
Type *(check all that apply)*:
[ ] MOTOR VEHICLE    [✓] OTHER *(specify)*:
　　[ ] Property Damage    [ ] Wrongful Death
　　[✓] Personal Injury    [ ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
　Amount demanded  [ ] does not exceed $10,000
　　　　　　　　　　[ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
　　[ ] from limited to unlimited
　　[ ] from unlimited to limited

CASE NUMBER:

1. PLAINTIFF *(name)*: MARY RAJAPAKSE

    alleges causes of action against DEFENDANT *(name)*: AIR CANADA
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
    a. [ ] **except** plaintiff *(name)*:
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity *(describe)*:
        (3) [ ] a public entity *(describe)*:
        (4) [ ] a minor    [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other *(specify)*:
        (5) [ ] other *(specify)*:

    b. [ ] **except** plaintiff *(name)*:
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity *(describe)*:
        (3) [ ] a public entity *(describe)*:
        (4) [ ] a minor    [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other *(specify)*:
        (5) [ ] other *(specify)*:

    [ ] Information about additional plaintiffs who are not competent adults is shown in Complaint—Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.USCourtForms.com

| SHORT TITLE: Mary Rajapakse v. Air Canada | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant (name): Air Canada
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Complaint—Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, **and**
   a. ☑ plaintiff has complied with applicable claims statutes, **or**
   b. ☐ plaintiff is excused from complying because (specify):

| SHORT TITLE: Mary Rajapakse v. Air Canada | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Complaint—Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
   b. The amount of damages is *(you must check (1) in cases for personal injury or wrongful death):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: May 20, 2021

ADEMOLA M. OKUSANYA
(TYPE OR PRINT NAME)

*[signature]*

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: Mary Rajapakse v. Air Canada | CASE NUMBER: |
|---|---|

| 1 _____ (number) | **CAUSE OF ACTION—General Negligence** | Page 4 |

ATTACHMENT TO ✓ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Mary Rajapakse

alleges that defendant *(name):* Air Canada

✓ Does 1 to 25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* May 22, 2019
at *(place):* Los Angeles International Airport (LAX)

*(description of reasons for liability):*

Plaintiff was a passenger on a flight from LAX to Toronto, Canada when fallen luggage, what she later found out by nearby passengers to be a laptop, fell on top of her head. This laptop struck the plaintiff on the right side of her skull. She immediately lost consciousness. Upon regaining consciousness, she felt very dizzy and decided to sleep it off, not waking up until it was time to exit the plane. When it was time to exit the plane, Mrs. Rajapakse complained of dizziness, nausea, and a headache. She reported not being able to walk properly and was given a wheelchair to be transported from the airplane to the terminals. After returning to California, Mrs. Rajapakse was having varying symptoms that only worsened as the days went by.

Air Canada is a common carrier and is required to exercise the utmost duty of care and vigilance and must carry passengers safely. In breach of their duties herein, the defendant failed to exercise their duty, resulting in luggage hitting the plaintiff's head. Due to the negligence of the defendant, plaintiff sustained injuries and damages.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(4)

| SHORT TITLE:<br>Mary Rajapakse v. Air Canada | CASE NUMBER: |
|---|---|

**2** _____ **CAUSE OF ACTION—Premises Liability**     Page ___5___
    (number)

ATTACHMENT TO [x] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* Mary Rajapakse

    alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

    On *(date):* May 22, 2019    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
Plaintiff was a passenger on a flight from LAX to Toronto, Canada when fallen luggage, a laptop, fell from the overhead compartment. This laptop struck the plaintiff on the right side of her skull. She immediately lost consciousness.

Prem.L-2. [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
AIR CANADA

    [x] Does 1 to 25

Prem.L-3. [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

    [ ] Does ___ to ___

    Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

    [ ] Does ___ to ___
    a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
    b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a. [x] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
AIR CANADA

    [x] Does 1 to 25

    b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California PLD-
PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courts.ca.gov